*Philip Huntington, David S. Hill, Jr.,* and *Charles G. Blakeslee* for motion.

*Theodore V. Summers* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by subdivision (b) of rule 21 of the Rules of the Court of Appeals are filed.

RAFFAELA AMMIRATI, Respondent, *v.* WIRE FORMS, INC., Appellant, et al., Defendants.

Argued October 13, 1948; decided November 18, 1948.

*Clarence F. Corner* and *Gilbert F. Regan* for appellant.

*Edgar A. Palmieri* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.